STATE OF CONNECTICUT *v.* JEFFREY MACLACHLAN
(13304)
(13305)

LANDAU, HEIMAN and SCHALLER, Js.

Argued January 5—decision released January 31, 1995

*Stephen F. Cashman,* for the appellant (defendant).

*Kimberly A. Graham,* assistant state's attorney, with whom, on the brief, were *C. Robert Satti,* state's attorney, and *Stephen Carney,* assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.